■ In the Matter of ROBERT M. MORGENTHAU, Petitioner, v JOHN A.K. BRADLEY et al., Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v OLIVER GIOLA WEST, JR., Respondent. [770 NYS2d 863]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules and motion seeking, inter alia, consolidation of that CPLR article 78 proceeding and the People's appeal in the above-captioned criminal proceeding and a stay of the resentencing of defendant denied, without prejudice to a direct appeal by the People, the cross motion granted and the petition dismissed, without costs or disbursements, as indicated. No opinion. Concur—Tom, J.P., Mazzarelli, Saxe and Marlow, JJ.